IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 03 2026
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**UNITED STATES OF AMERICA,**

**v.**

**MICHAEL THOMAS WOLFORD,**

**Defendant.**

**Criminal No.** 1:26 CR-59

**Violations:** **18 U.S.C. § 641**
**18 U.S.C. § 1001(a)(2)**
**18 U.S.C. § 1001(a)(3)**
**18 U.S.C. § 1343**

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(*Theft of Government Property*)

Beginning in or about January 2020, and continuing until in or about November 2026, in Harrison County, in the Northern District of West Virginia, defendant **MICHAEL THOMAS WOLFORD**, did willingly and knowingly steal and purloin Veterans Administration benefits exceeding approximately $21,446.42, such funds being property of the United States and its Veterans Administration, that is, Disability benefit funds, in violation of Title 18, United States Code, Section 641.

## COUNT TWO

(*False Statements or Representations to a Federal Agency*)

On or about June 13, 2025, in Harrison County, in the Northern District of West Virginia, defendant **MICHAEL THOMAS WOLFORD**, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by claiming and affirming multiple disability beneficiaries to the Department of Veterans Affairs, in that the statements and representations were false because, as **MICHAEL THOMAS WOLFORD** then and there knew, the beneficiaries were falsely listed and claimed, in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT THREE

(Theft of Government Property)

From in or about December 2020, to in or about January 2023, in Harrison County, in the Northern District of West Virginia, defendant **MICHAEL THOMAS WOLFORD**, did willingly and knowingly steal and purloin Veterans Administration benefits exceeding approximately $9,965.00, such funds being property of the United States and its Veterans Administration, that is, medical travel reimbursement funds, in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

(*Theft of Government Property*)

1. Pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(D), and Title 21, United States Code, Section 853, the government will seek forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 641, including but not limited to $31,411.42.

2. Pursuant to Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, United States Code, Section 853(p).

A true bill,

/s/____________________________
Grand Jury Foreperson

/s/____________________________
MATTHEW L. HARVEY
United States Attorney

John D. Pizzo
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney